GILBERTO DIAZ, Appellant, v NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted June 29, 2015; decided September 10, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain

this motion seeking leave to appeal from the letter dismissing the complaint (*see* NY Const, art VI, § 22; Judiciary Law § 44 [7]; CPLR 5602).